IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. BRAUN MELSUNGEN AG, B. BRAUN MEDICAL INDUSTRIES SDN. BHD., and B. BRAUN MEDICAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY and BECTON, DICKINSON INFUSION THERAPY SYSTEMS INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 16-411-RGA ) ) ) ) ) ) ) |

**NOTICE OF APPEAL TO**
**THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Plaintiffs B. Braun Melsungen AG, B. Braun Medical Industries SDN. BHD, and B. Braun Medical Inc. appeal to the United States Court of Appeals for the Federal Circuit from the Stipulation of Dismissal and Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b) entered on January 16, 2018 (D.I. 386), and from any and all underlying and/or interlocutory decisions, orders, opinions, rulings, findings, or conclusions of the District Court relating to, pertinent to, or ancillary to, or merged into that Partial Final Judgment, including but not limited to those in the Court's August 8, 2017 Memorandum Opinion (D.I. 173) construing the disputed claim terms and phrases.

This Notice of Appeal is filed with payment of the filing fee ($505) required by the United States District Court for the District of Delaware fee schedule (effective December 1, 2016), Federal Circuit Rule 52(a)(3)(e), Federal Rule of Appellate Procedure 3(e), and 28 U.S.C. § 1917.

<div style="display: flex;">

<div>
Gregory E. Stuhlman
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7381
stuhlmang@gtlaw.com


OF COUNSEL:
Scott J. Bornstein
Allan A. Kassenoff
Joshua L. Raskin
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200

Dated: January 25, 2018
</div>

<div>
/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Plaintiffs*
</div>

</div>