NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**B. BRAUN MELSUNGEN AG, B. BRAUN MEDICAL INDUSTRIES SDN.BHD., B. BRAUN MEDICAL INC.,**
*Plaintiffs-Appellants*

v.

**BECTON, DICKINSON AND COMPANY, BECTON DICKINSON INFUSION THERAPY SYSTEMS INC.,**
*Defendants-Appellees*

_____

2018-1497

_____

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-00411-RGA, Judge Richard G. Andrews.

_____

**ON MOTION**

_____

Before NEWMAN, TARANTO, and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

2             B. BRAUN MELSUNGEN AG v. BECTON, DICKINSON AND COMPANY

The parties jointly move to voluntarily dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b), with each side bearing its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                                         FOR THE COURT

April 24, 2019                  /s/ Peter R. Marksteiner
    Date                        Peter R. Marksteiner
                                   Clerk of Court

ISSUED AS A MANDATE: April 24, 2019