IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. BRAUN MELSUNGEN AG, B. BRAUN MEDICAL INDUSTRIES SDN. BHD., and B. BRAUN MEDICAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY and BECTON, DICKINSON INFUSION THERAPY SYSTEMS INC., <br><br> Defendants. | C.A. No. 16-411-RGA |

## STIPULATION AND ORDER OF DISMISSAL

The parties stipulate and agree to dismiss the above-captioned matter pursuant to a settlement agreement between the parties, subject to the approval of the Court, as follows:

1. Upon entry by the Court of this Stipulation and Order of Dismissal, this litigation, including all of the parties' claims, causes of action, and defenses, is dismissed with prejudice.

2. Each party will bear its own attorneys' fees, expenses, and costs.

3. The Court retains jurisdiction over the settlement agreement.

| | |
|---|---|
| /s/ David M. Fry | /s/ Katharine L. Mowery |
| John W. Shaw (No. 3362) | Frederick L. Cottrell, III (No. 2555) |
| Karen E. Keller (No. 4489) | Katharine L. Mowery (No. 5629) |
| David M. Fry (No. 5486) | Nicole K. Pedi (No. 6236) |
| SHAW KELLER LLP | RICHARDS, LAYTON & FINGER, P.A. |
| I.M. Pei Building | One Rodney Square |
| 1105 North Market Street, 12th Floor | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | mowery@rlf.com |
| dfry@shawkeller.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

Dated: April 25, 2019

SO ORDERED on this 25 day of April, 2019.

*Richard G. Andrews*
United States District Judge