IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B. BRAUN MELSUNGEN AG, B. BRAUN MEDICAL INDUSTRIES SDN. BHD., and B. BRAUN MEDICAL INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-411-RGA |
| BECTON, DICKINSON AND COMPANY and BECTON, DICKINSON INFUSION THERAPY SYSTEMS INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER OF DISMISSAL**

The parties stipulate and agree to dismiss the above-captioned matter pursuant to a

settlement agreement between the parties, subject to the approval of the Court, as follows:

1. Upon entry by the Court of this Stipulation and Order of Dismissal, this litigation, including all of the parties' claims, causes of action, and defenses, is dismissed with prejudice.

2 Each party will bear its own attorneys' fees, expenses, and costs.

3 The Court retains jurisdiction over the settlement agreement.

| | |
|---|---|
| */s/ David M. Fry* | */s/ Katharine L. Mowery* |
| John W. Shaw (No. 3362) | Frederick L. Cottrell, III (No. 2555) |
| Karen E. Keller (No. 4489) | Katharine L. Mowery (No. 5629) |
| David M. Fry (No. 5486) | Nicole K. Pedi (No. 6236) |
| SHAW KELLER LLP | RICHARDS, LAYTON & FINGER, P.A. |
| I.M. Pei Building | One Rodney Square |
| 1105 North Market Street, 12th Floor | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | mowery@rlf.com |
| dfry@shawkeller.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

Dated: April 25, 2019

SO ORDERED on this ___ day of _____, 2019.

United States District Judge